ANN K. JOHNSTON, ESQ. (SBN 145022)
ajohnston@bergerkahn.com
TED A. SMITH, ESQ. (SBN 159986)
tsmith@bergerkahn.com
BERGER KAHN
A Law Corporation
300 Tamal Plaza, Suite 215
Corte Madera, CA  94925
Tel:  (415) 891-3321 • Fax: (415) 891-3322

Attorneys for Defendant
Liberty Mutual Fire Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN WATSON,<br><br>      Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>      Defendants. | CASE NO.:  14-cv-03841-HSG<br><br>**ORDER EXTENDING TIME TO CONDUCT MEDIATION**<br><br>JUDGE:       Hon. Haywood S. Gilliam, Jr.<br><br>ACTION FILED:       9/9/2013<br>TRIAL DATE:          5/16/2016 |

The stipulation of Plaintiff Ann Watson ("Plaintiff") and Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") to extend time to conduct the mediation before Howard Herman to April 21, 2015 is hereby GRANTED.

Pursuant to the parties' stipulation, good cause exists for this continuance as follows:

1.   Per the stipulation of the parties, on November 18, 2014, the court ordered the mediation with Howard Herman, with the session to be held in 120 days.

2.   In order to take plaintiff's deposition, mediation was set for March 10, 2015.

---

1

Order Extending Time to Conduct Mediation                              Case No. 14-cv-03841-HSG

3.     Due to Plaintiff's unavailability, her deposition was not taken until February 24, 2015, and in order to allow time for return of the transcript and preparation of mediation statements the mediation was rescheduled to April 21, 2015 at 10:00 a.m., the next available date all parties and representatives were available.

Therefore, the mediation with Howard Herman is continued to April 21, 2015.

IT IS SO ORDERED.

DATED: March __5_, 2015.

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE