UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN WATSON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>　　　Defendants. | CASE NO.: 14-cv-03841-HSG<br><br>**ORDER OF DISMISSAL**<br><br>JUDGE:　　Hon. Haywood S. Gilliam, Jr.<br><br>ACTION FILED:　　9/9/2013<br>TRIAL DATE:　　　5/16/2016 |

　　　Pursuant to the stipulation of counsel, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

　　　IT IS SO ORDERED.

DATED: June ___9___, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE